DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARIEL WAYNE LANEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2298

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; William D. Sites, Judge.

PER CURIAM.

   Affirmed.

CASANUEVA, LaROSE, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.